IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SHARLENE JACKSON,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:24-CV-330-L-BT** |
| § | |
| **USPS,** § | |
| § | |
| Defendant. § | |

# **ORDER**

On October 28, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 24) was entered, recommending that the court **deny** *pro se* Plaintiff Sharlene Jackson's ("Plaintiff" or "Ms. Jackson") post-judgment filing ("Motion") (Doc. 21). The magistrate judge determined that Ms. Jackson's Motion be denied because she has not shown that she is entitled to relief under Rule 59(e).

No objections have been filed, and the 14-day period to object after service of the Reports has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C). For the reasons stated herein, the court **accepts** the Report.

Magistrate Judge Rebecca Rutherford determined that because fewer than 28 days passed between the court's June 5, 2024, dismissal of Plaintiff's case and her June 28, 2024, filing for reconsideration, her Motion should be treated as a motion to alter or amend the judgment pursuant to Rule 59(e). Report 2. The magistrate judge determined that Plaintiff was given several opportunities to comply with the Federal Rules of Civil Procedure and that this court clearly explained the consequences for failing to comply with the Rules and its orders. Report 4.

Further, Magistrate Judge Rutherford concluded that Ms. Jackson should not be given further opportunity to comply with the orders entered in this case because she does not point to any intervening change in the controlling law, present newly-discovered evidence that was previously unavailable, or show that there was any manifest error of law or fact. *Id.* Moreover, the magistrate judge determined that granting her motion would unnecessarily delay the resolution of the litigation. *Id.* Finally, the magistrate judge concluded that Plaintiff's Motion falls short of satisfying any of the requirements justifying the extraordinary remedy of reconsideration of the judgment under Rule 59(e). *Id.* (quotation marks omitted).

Having considered the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion (Doc. 21).

**It is so ordered** this 25th day of November, 2024.

Sam A. Lindsay
United States District Judge